Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
Chapter 13 Case No. 23-10803-PMM

Hector Diaz  
58 Second Street  
Shillington  PA   19607

Petition Filed Date: 03/21/2023  
341 Hearing Date: 05/02/2023  
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $600.00 | 28766934180 | 08/30/2023 | $600.00 | 28766934674 | 10/04/2023 | $600.00 | 28766939556 |
| 11/09/2023 | $600.00 | 28766940761 | 12/06/2023 | $600.00 | 28766944945 | 12/28/2023 | $600.00 | 28766946330 |
| 02/09/2024 | $600.00 | 29174675062 | 03/07/2024 | $600.00 | 29174679167 | 04/12/2024 | $600.00 | 29174678831 |
| 05/20/2024 | $600.00 | 29174686288 | | | | | | |

**Total Receipts for the Period:  $6,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $4,310.00 | $4,310.00 | $0.00 |
| 1 | PINNACLE CREDIT SERVICES LLC<br>»»  001 | Unsecured Creditors | $681.06 | $0.00 | $681.06 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»»  002 | Mortgage Arrears | $27,905.74 | $3,286.00 | $24,619.74 |

**Chapter 13 Case No. 23-10803-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,400.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $7,596.00 | Arrearages: | $1,800.00 |
| Paid to Trustee: | $804.00 | Total Plan Base: | $36,552.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.