United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                  Case No. 23-10803-pmm

Hector Diaz                                                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                          User: admin                                                    Page 1 of 2
Date Rcvd: Oct 22, 2024                                Form ID: pdf900                                       Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hector Diaz, 58 Second Street, Shillington, PA 19607-2702 |
| 14766591 | + | Klarna Credit, 629 N. High Street, Third Floor, Columbus, OH 43215-2929 |
| 14766594 | + | Statewide Credit Service, 734 Franklin Avenue, Ste. 471, Garden City, NY 11530-4525 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 22 2024 23:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 22 2024 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 23:48:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14766582 | | Email/Text: EBN@brockandscott.com | Oct 22 2024 23:48:00 | Brock & Scott PLLC, 2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406 |
| 14766583 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 14766584 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity Capital Bank/C21, PO Box182120, Columbus, OH 43218-2120 |
| 14766585 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity Capital Bank/Overstock.com, PO Box 182120, Columbus, OH 43218-2120 |
| 14766586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity/Game Stop, PO Box 182120, Columbus, OH 43218-2120 |
| 14766587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 14766588 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity/Modells, PO Box 182120, Columbus, OH 43218-2120 |
| 14766589 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 22 2024 23:48:00 | Comenity/New York & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 14768973 | + | Email/Text: EBN@brockandscott.com | Oct 22 2024 23:48:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14768974 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 22 2024 23:48:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14766590 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 23:48:00 | Home Point Financial, 11511 Luna Road, Ste. 300, Dallas, TX 75234-6451 |
| 14766592 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14766593 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 23:48:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| | | Oct 22 2024 23:59:59 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14768452 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 23:58:45 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766794 | ^ MEBN | Oct 22 2024 23:41:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766595 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 23:59:05 | Synchrony Bank/Amazon.com, PO Box 965015, Orlando, FL 32896-5015 |
| 14766596 | + Email/Text: bncmail@w-legal.com | Oct 22 2024 23:48:00 | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL D. HESS | on behalf of Debtor Hector Diaz kortiz739@yahoo.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Hector Diaz<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-10803-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

　　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF TWO YEARS.

　　　IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

　　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 22, 2024**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE